## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| STATE OF ALASKA, | ) | Case No. 24-396L |
|  | ) |  |
| Plaintiff, | ) | Judge Richard A. Hertling |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| THE UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### THE UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

In accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States moves the Court for an order extending its time to respond to Plaintiff's complaint to August 26, 2024. In support thereof, it states as follows:

1.      Plaintiff filed its complaint on March 14, 2024. ECF No. 1

2.      The United States' response to Plaintiff's complaint is due July 12, 2024. *See* Docket; *see also* ECF No. 7.

3.      The United States needs additional time to finalize and file its response with the Court. The nature of this case requires extensive review within the Department of Justice. Because of planned summer leave, including around the recent July 4th holiday, as well as the press of other business, that review has not yet finished. The United States therefore needs additional time so that appropriate personnel can fully review the United States' response. Additional time is also necessary because undersigned counsel has oral argument on summary judgment in *Mississippi v. United States*, No. 19-231 (Fed. Cl.), scheduled for July 11, one day before the United States' response is due in this case.

4.      The United States thus respectfully requests an extension of forty-five days, to August 26, 2024, to respond to Plaintiff's complaint. This is the United States' second request for an extension of this deadline. The United States previously requested an extension of sixty days, which the Court granted.

5.      The United States conferred with counsel for Plaintiff, who informed the United States that Plaintiff does not oppose the United States' request.

Accordingly, for the reasons set forth above, the United States requests that the Court enlarge its time for responding to Plaintiff's complaint by forty-five days, to August 26, 2024.

Respectfully submitted this 10th day of July, 2024,

TODD KIM
Assistant Attorney General

s/ Brian R. Herman
BRIAN R. HERMAN
FRANCES B. MORRIS
Senior Trial Attorneys
TARA LEWIS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0422
(202) 305-0275 (facsimile)
Brian.Herman@usdoj.gov