# In the United States Court of Federal Claims

No. 24-396L
Filed: September 4, 2024

---

STATE OF ALASKA,

   *Plaintiff,*

v.

UNITED STATES,

   *Defendant.*

---

## ORDER

On September 3, 2024, the defendant filed an unopposed motion (ECF 10) for a stay, citing parallel litigation initiated by the plaintiff in the U.S. District Court for the District of Alaska, *State of Alaska v. U.S. Env't Prot. Agency*, No. 3:24-cv-84 (D. Alaska).

For good cause shown, the motion for a stay is **GRANTED**, and the case is **STAYED** pending further order of the Court. The parties shall file a joint status report by **January 6, 2025**.

It is so **ORDERED**.

s/ Richard A. Hertling

**Richard A. Hertling**
**Judge**