# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| STATE OF ALASKA, | Case No. 24-396L |
| Plaintiff, | Judge Richard A. Hertling |
| v. |  |
| THE UNITED STATES OF AMERICA, |  |
| Defendant. |  |

## JOINT STATUS REPORT

The parties submit this joint status report in accordance with the Court's September 4, 2024 Order (ECF No. 11). The State of Alaska's case against the United States is ongoing in the U.S. District Court for the District of Alaska. *See State of Alaska v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska) (cases consolidated). The parties there continue to address matters relating to the administrative record. *See id.*, Dkt. 131. As a result, the interests of efficiency and conserving the parties' and Court's resources continue to support a stay of this case. The parties propose filing another joint status report on or before July 7, 2025, to update the Court on the progress of the district court proceedings and propose a schedule for any further proceedings in this case, if warranted.[1]

---

[1] The United States makes the following separate statement: Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

Respectfully submitted this 6th day of January, 2025,

| | |
|---|---|
| /s/ J. Michael Connolly (with consent) | TODD KIM |
| J. Michael Connolly | Assistant Attorney General |
| *Counsel of Record* | |
| Consovoy McCarthy PLLC | s/ Brian R. Herman |
| 1600 Wilson Boulevard, Suite 700 | BRIAN R. HERMAN |
| Arlington, VA 22209 | FRANCES B. MORRIS |
| (703) 243-9423 | Senior Trial Attorneys |
| mike@consovoymccarthy.com | United States Department of Justice |
| | Environment & Natural Resources Division |
| *Of Counsel* | Natural Resources Section |
| | P.O. Box 7611 |
| TREG TAYLOR ATTORNEY GENERAL | Washington, D.C. 20044-7611 |
| Ronald W. Opsahl (*pro hac vice application forthcoming*) | (202) 305-0422 |
| Assistant Attorney General | (202) 305-0275 (facsimile) |
| Department of Law | Brian.Herman@usdoj.gov |
| 1031 West Fourth Avenue, Suite 200 | |
| Anchorage, Alaska 99501 | |
| (907) 269-5232 | |
| ron.opsahl@alaska.gov | |

Steven Begakis
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
steven@consovoymccarthy.com

*Counsel for Plaintiff the State of Alaska*