# In the United States Court of Federal Claims

No. 24-396L
Filed: July 7, 2025

**STATE OF ALASKA,**

    *Plaintiff,*

**v.**

**UNITED STATES,**

    *Defendant.*

## ORDER

On July 7, 2025, the parties filed a joint status report (ECF 14). The parties request the stay be continued while *State of Alaska v. U.S. Env't Prot. Agency*, No. 3:24-cv-84 (D. Alaska) is still pending.

For good cause shown, the request to continue the stay is **GRANTED**, and the case remains **STAYED** pending further order of the Court. The parties shall file a joint status report by **September 5, 2025**.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**