IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATE OF ALASKA, ) | Case No. 24-396L |
| ) | |
| Plaintiff, ) | Judge Richard A. Hertling |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

On December 1, 2025, the parties filed a joint status report asking the Court to continue to stay the case because the State of Alaska's case against the United States in the U.S. District Court for the District of Alaska is still pending and progressing. Dkt. 20; *see N. Dynasty Minerals Ltd. v. EPA*, No. 3:24-cv-59 (D. Alaska) (lead case; cases consolidated). The parties proposed filing another joint status report within six months, on or before June 1, 2026, to update the Court on the progress of the district court proceedings and propose a schedule for any further proceedings in this case, if warranted. Dkt. 20. On December 2, the Court issued an order continuing the stay and asking the parties to "file a status report by December 19, 2025, outlining the status of the related pending case in district court." Dkt. 21.

In *Northern Dynasty Minerals Ltd.*, the State of Alaska and several other plaintiffs are challenging the EPA's exercise of its Section 404(c) authority under the Administrative Procedure Act. The parties are now briefing the merits of the case. On October 3, 2025, the State and several other plaintiffs filed their opening briefs. *See id.*, Dkts. 87, 167, 169, 172-1. On October 16, the district court granted the EPA's motion to stay the case pending the government shutdown. Dkt. 179. The stay lifted on November 12 after Congress restored appropriations. *See id.*, Dkts. 179,

180. Once the stay was lifted, the briefing deadlines were automatically extended by 43 days—the same duration as the lapse in appropriations. *See id.*, Dkts. 166, 179, 180. The EPA's and Intervenors' response briefs are now due on February 17, 2026, and March 3, 2026, respectively. *See id.*, Dkt. 195 at 7. The plaintiffs' reply briefs are due on April 14, 2026. *See id.* The EPA has asked the district court to extend these deadlines by an additional two weeks, and that request remains pending. *See id.* After briefing is completed, the case will be ready for a decision by the district court.

In light of these proceedings, the parties believe that the interests of efficiency and conserving the parties' and Court's resources continue to support a stay of this case. The parties propose filing another joint status report within six months, on or before June 1, 2026, to update the Court on the progress of the district court proceedings and propose a schedule for any further proceedings in this case, if warranted.[1]

---

[1] The United States makes the following separate statement: Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

Respectfully submitted this 19th day of December, 2025,

| | |
|---|---|
| */s/ J. Michael Connolly* (with consent) <br> J. Michael Connolly <br> *Counsel of Record* <br> Consovoy McCarthy PLLC <br> 1600 Wilson Boulevard, Suite 700 <br> Arlington, VA 22209 <br> (703) 243-9423 <br> mike@consovoymccarthy.com <br><br> *Of Counsel* <br><br> STEPHEN J. COX <br> ATTORNEY GENERAL <br> Ronald W. Opsahl <br> Assistant Attorney General <br> Department of Law <br> 1031 West Fourth Avenue, Suite 200 <br> Anchorage, Alaska 99501 <br> (907) 269-5232 <br> ron.opsahl@alaska.gov <br><br> Steven Begakis <br> Consovoy McCarthy PLLC <br> 1600 Wilson Boulevard, Suite 700 <br> Arlington, VA 22209 <br> (703) 243-9423 <br> steven@consovoymccarthy.com <br><br> *Counsel for Plaintiff the State of Alaska* | ADAM R.F. GUSTAFSON <br> Principal Deputy Assistant Attorney General <br><br> *s/Brian R. Herman* <br> BRIAN R. HERMAN <br> Senior Trial Attorney <br> United States Department of Justice <br> Environment & Natural Resources Division <br> Natural Resources Section <br> P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> (202) 532-3278 <br> Brian.Herman@usdoj.gov |

3