# In the United States Court of Federal Claims

No. 24-396L
Filed: December 19, 2025

**STATE OF ALASKA,**

***Plaintiff,***

**v.**

**UNITED STATES,**

***Defendant.***

**ORDER**

The parties have filed a joint status report (ECF 22) summarizing the status of the companion litigation in the district court. The parties' prior request to extend the stay is **GRANTED**, and the case shall remain **STAYED** pending further order of the Court. The parties shall file a joint status report by **June 19, 2026**. The parties are advised that unless they are prepared to proceed at that time, the Court will schedule briefing on a motion to dismiss under 28 U.S.C. § 1500 to resolve the issue of the Court's jurisdiction to consider the plaintiff's claims in the future.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**