# In the United States Court of Federal Claims

No. 24-396L
Filed: June 18, 2026

| |
|---|
| STATE OF ALASKA, |
|        *Plaintiff,* |
| v. |
| UNITED STATES, |
|        *Defendant.* |

## ORDER

The parties filed a joint status report (ECF 24) on June 17, 2026.  They report that the district court will soon hear oral argument in the related case in the District of Alaska.  The parties also proposed a schedule for a motion to dismiss under 28 U.S.C. § 1500 to address the Court's jurisdiction even to entertain this suit.  While jurisdiction is a threshold issue that should be resolved promptly, the Court will extend the stay one final time to allow the district court to rule there.  Accordingly, the stay is extended pending further order of the Court.  The parties shall file a joint status report by **October 13, 2026**.  If the district court has not ruled by then, the Court will vacate the stay and set a briefing schedule for a motion to dismiss under section 1500.

It is so **ORDERED**.

s/ Richard A. Hertling

**Richard A. Hertling**
**Judge**