**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 24-396L<br><br>Judge Richard A. Hertling |

**JOINT STATUS REPORT**

The parties file this joint status report in accordance with the Court's June 18, 2026 Order (Dkt. No. 25). As the parties previously reported, the district court proceedings in *Northern Dynasty Minerals Ltd. v. EPA*, No. 3:24-cv-59 (D. Alaska) are continuing. In those consolidated cases, the State of Alaska (among other plaintiffs) challenges the EPA's exercise of its Clean Water Act Section 404(c) authority under the Administrative Procedure Act. Since the parties' last joint status report, the district court held oral argument. It has not issued any decision.

In its last order, the Court stated that it would "extend the stay one final time to allow the district court to rule there." Order, Dkt. No. 25. It continued that, "[i]f the district court has not ruled by then, the Court will vacate the stay and set a briefing schedule for a motion to dismiss under section 1500." *Id.* Thus, although the parties do not propose proceeding with the litigation here, because the district court has not ruled and considering the Court's last order, the parties propose the following schedule for a motion to dismiss under 28 U.S.C. § 1500[1]:

[1] The United States understands the Court's order to be focused on considering the threshold jurisdictional question under 28 U.S.C. § 1500 "to address the Court's jurisdiction even to entertain this suit." Dkt. No. 25. The United States thus does not interpret the Court's order as requiring any motion to address other grounds for dismissing the complaint. It reserves the right

**November 13, 2026** The United States moves to dismiss under 28 U.S.C. § 1500.

**December 18, 2026** The State of Alaska files its response.

**January 22, 2027** The United States files its reply.

Respectfully submitted this 13th day of October, 2026,

*/s/ J. Michael Connolly* (with consent)
J. Michael Connolly
*Counsel of Record*
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Of Counsel*

CORI MILLS
ACTING ATTORNEY GENERAL
Ronald W. Opsahl
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5232
ron.opsahl@alaska.gov

Steven Begakis
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
steven@consovoymccarthy.com

*Counsel for Plaintiff the State of Alaska*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*s/Brian R. Herman*

BRIAN R. HERMAN
Assistant Section Chief
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3278
Brian.Herman@usdoj.gov

---

to move to dismiss the complaint on other grounds if the Court finds that it has jurisdiction, ultimately lifts the stay, and the case proceeds.