# In the United States Court of Federal Claims

No. 24-396L
Filed: October 13, 2026

**STATE OF ALASKA,**

***Plaintiff,***

**v.**

**UNITED STATES,**

***Defendant.***

**ORDER**

On October 13, 2026, the parties filed a joint status report (ECF 26). The defendant's understanding of the scope and limits of the forthcoming motion is correct. The Court has been concerned that it may lack jurisdiction even to stay the case and to renew the stay until the district court resolves its case. Accordingly, the parties shall brief a motion to dismiss limited to the question of whether jurisdiction exists under 28 U.S.C. § 1500. The filing of the motion shall not prejudice the defendant's ability to file other dispositive motions if the case proceeds. The Court adopts the schedule proposed by the parties as follows:

**November 13, 2026** The defendant shall file a motion to dismiss;

**December 18, 2026** The plaintiff shall file its response;

**January 22, 2027** The defendant shall file its reply.

The Court will, in consultation with the parties, set a date for oral argument, if oral argument is determined to be necessary.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**