# In the United States Court of Federal Claims

No. 24-396L
Filed: November 16, 2026

**STATE OF ALASKA,**

***Plaintiff,***

**v.**

**UNITED STATES,**

***Defendant.***

**ORDER**

On September 3, 2024, the defendant filed an unopposed motion (ECF 10) for a stay. An order (ECF 11) granting the motion was entered on September 4, 2026. On November 13, 2026, the defendant filed a motion to dismiss (ECF 28), as directed by the Order of October 13, 2026 (ECF 27).

Accordingly, the stay is **VACATED**, and the case is restored to the active docket.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**